UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| DANIEL S. MILLER, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) Case No: 2:14-CV-2623 |
| EXPERIAN, EQUIFAX and TRANS UNION, | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF REMOVAL

Defendant, Equifax Information Services LLC ("Equifax"), incorrectly named as "Equifax," by Counsel, hereby files this Notice of Removal of this action from the District Court of Johnson County, Kansas, wherein it is now pending as Case No. 14-cv-07136 to the United States District Court for the District of Kansas. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendant shows this Court as follows:

1. An action was filed on November 12, 2014 in the District Court of Johnson County, Kansas, entitled *Miller v. Experian, et al.*, Case No. 14-cv-07136 (the "State Court Action").

2. Equifax was served with the Complaint on November 19, 2014.

3. This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States;

49384104.1

specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

    a.    Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (*See* Plaintiff's Complaint, ¶ 17, attached hereto as part of Exhibit A).

    b.    The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5.    Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the District Court of Johnson County, Kansas, as required by 28 U.S.C. § 1446(d).

6.    Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

7.    All Defendants consent to the removal of this case. Collectively attached hereto, as Exhibit B, are copies of the Consents of co-defendants Experian and Trans Union.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted,

POLSINELLI PC

Guillermo G. Zorogastua    # 23556
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536

ATTORNEYS FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC

49384104.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon counsel for Plaintiff by depositing same in the United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Kurt S. Brack
Holbrook & Brack
7400 W. 110th Street, Suite 600
Overland Park, KS 66210

This 17th day of December, 2014.

Attorney for Defendant Equifax Information Services LLC

49384104.1