# EXHIBIT A

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
### CIVIL COURT DEPARTMENT

DANIEL S. MILLER,      )
                            )

            Plaintiff,    )
                            )

      vs.                 )
                            )

**Case No.** '14 C V 0 7 1 3 6

EXPERIAN,         )
A Foreign Corporation,   )
Serve the Resident Agent  )
P.O. Box 2002        )
Allen, Texas 75013     )

**Division No.**
**K.S.A. Chapter 60**

and                 )

EQUIFAX,          )
A Foreign Corporation,   )
Serve the Registered Agent )
P.O. Box 74021       )
Atlanta, GA 30374     )

and                 )

TRANSUNION,      )
A Foreign Corporation,   )
Serve the Resident Agent  )
P.O. Box 1000        )
Chester, PA 19022     )

          Defendants. )

### REQUEST AND SERVICE INSTRUCTION FORM

To:    Clerk of the District Court

       The Clerk of the Court will issue a SUMMONS AND PETITION in the above entitled action for Transunion, A Foreign Corporation, Serve the Resident Agent, P.O. Box 1000, Chester, PA 19022.

___a.   Service through the office of the Sheriff of Johnson___ County, State of Kansas other than by certified mail.

____b. Service by a Process Server authorized or appointed by the provisions of K.S.A. 60-303.

CLERK OF DISTRICT COURT
JOHNSON COUNTY, KS

2014 NOV 12 AM 8: 39

__X__ c. Certified mail service by the undersigned litigant/attorney, who understands that the responsibility for obtaining service and effecting its return shall be on the attorney. The Receipt for service (green card) must be filed with the Clerk's office before service can be perfected.

____d. Certified mail service by the office of the Sheriff of _____ County, State of Kansas. The undersigned understands that the responsibility for obtaining service and effecting its return shall be on the Sheriff.

Kurt S. Brack, #14797
Holbrook & Brack
7400 W. 110th Street, Suite 600
Overland Park, KS  66210
Telephone:    913-327-5725
Facsimile:    888-685-2224
*Attorney for Plaintiff*

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

MILLER, DANIEL S

                  Plaintiff

        vs

EXPERIAN,

                  Defendant

Case No: 14CV07136
Division:   3
K.S.A. Chapter 60

SUMMONS

To the above-named defendant:

       YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff's attorney, as follows:

         Name:   KURT S BRACK
         Address: 7400 W 110TH ST, STE 600
                  OVERLAND PARK, KS 66210
         Phone:   (913) 342-2500

Within 30 days after service of summons upon you.

       If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



*Sandy McCurdy*

Clerk of the District Court

Dated:   November 12, 2014

Johnson County Court House, 100 N. Kansas Ave.  Olathe,  KS 66061

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
### CIVIL COURT DEPARTMENT

DANIEL S. MILLER,                          )
                                           )
                    Plaintiff,             )
                                           )
vs.                                        )
                                           )
EXPERIAN,                                  )     '14 C V O 7 1 3 6
A Foreign Corporation,                     )
Serve the Resident Agent                   )     Case No.
P.O. Box 2002                              )
Allen, Texas 75013                         )     Division No. _____ 3
                                           )
and                                        )
                                           )
EQUIFAX,                                   )
A Foreign Corporation,                     )
Serve the Resident Agent                   )
P.O. Box 74021                             )
Atlanta, GA 30374                          )
                                           )
and                                        )
                                           )
TRANSUNION,                                )
A Foreign Corporation,                     )
Serve the Resident Agent                   )
P.O. Box 1000                              )
Chester, PA 19022                          )
                                           )
                    Defendants.            )

### PETITION

COMES NOW the plaintiff, Daniel S. Miller, by and through his counsel, Kurt S. Brack, and

for his causes of action against the defendants, states and alleges as follows:

1.      That the plaintiff Daniel S. Miller ("Miller") is an individual resident of Johnson

County, Kansas.

2.      That the defendants, Experian, Equifax and Transunion are foreign corporations

which are engaged in business in the State of Kansas and may be served with process at the above-

listed addresses.

CLERK OF DISTRICT COURT
JOHNSON COUNTY, KS

2014 NOV 12  AM 8:36

3.      That this court has jurisdiction over the subject matter as well as personal jurisdiction over the defendants because defendants do business in the State of Kansas, a substantial portion of the wrongful acts asserted by the plaintiff against the defendants occurred in Johnson County, Kansas and that plaintiff sustained all or part of his damages alleged herein in Johnson Count, Kansas. Further, this Court has jurisdiction over this matter pursuant to the Fair Credit Reporting Act found at 15 U.S.C.A. § 1681-1681v as well as the provisions of the Kansas Fair Credit Reporting Act, found at K.S.A. § 50-701 *et seq.*

4.      That venue in this case is proper in Johnson County, Kansas for the reasons set forth in the preceding paragraph.

## FACTUAL BACKGROUND

5.      That plaintiff Daniel S. Miller is a consumer.

6.      That in 2013, Daniel S. Miller learned of an improper tax lien filed by the State of Missouri in five (5) different Missouri counties.

7.      That after learning of the tax liens, Miller further learned that the Tax liens were showing up on his personal credit reports issued by defendants.

8.      Thereafter, Miller notified defendants of the incorrect information contained in his credit report and demanded that defendants remove the incorrect information from his credit report.

9.      That to date, defendants have failed and refused, without justification, to remove the incorrect information contained in Miller's credit report.

## COUNT I - VIOLATION OF FAIR CREDIT REPORTING ACT

10.     Plaintiff incorporates paragraphs 1 through 9 as if fully set forth herein.

11.     That at all times material hereto, defendants operate as a Credit Reporting Agency as defined by 15 U.S.C.A. § 1681-1681v and K.S.A. § 50-702(e).

12.     That at all times material hereto, defendants reported information to various entities concerning plaintiff's credit score and credit information with actual knowledge of its errors in that defendants knew or had reasonable cause to believe that the information it reported was inaccurate.

13.     As set forth above, defendants consciously and knowingly reported inaccurate information concerning Plaintiff to various entities concerning Plaintiff after notice and confirmation of errors.

14.     That Plaintiff specifically notified Defendants at defendants' proper address that the specific information Defendants were publishing concerning Plaintiff was inaccurate.

15.     That at all times relevant hereto, Defendants were publishing information regarding Plaintiff that was in fact inaccurate.

16.     That at all times relevant hereto, Defendants failed to promptly notify various entities of the incompleteness or inaccuracies of the specific information Defendants published concerning Plaintiff.

17.     At all times relevant hereto, Defendants knowingly, intentionally and negligently failed to maintain reasonable procedures designed to avoid violations of the Fair Credit Reporting Act and Kansas Fair Credit Reporting Act.

18.     At all times relevant hereto, Defendants knowingly, intentionally and/or negligently failed to handle a reinvestigation when Plaintiff disputed the completeness and/or accuracy of Defendants' report concerning Plaintiff.

19.     That as a direct and proximate result of Defendants' actions and inactions, Plaintiff suffered and continues to suffer damages due to denial of credit and more favorable terms and rates.

20.     That as a direct and proximate result of Defendants' actions and inactions, Plaintiff suffered damages due to humiliation, embarrassment, loss of reputation, and distress.

21.     Plaintiff seeks an Order from this Court enjoining Defendants from continuing with Defendants' ongoing actions and inactions regarding the incompleteness and/or inaccuracies in Plaintiff's credit history.

-3-

WHEREFORE, Plaintiff Daniel S. Miller demands judgment against Defendants in an amount to be determined together with interest, costs of suit, and reasonable attorneys' fees; and for an Order enjoining the Defendants from continuing to publish incomplete and/or inaccurate information concerning Plaintiff's credit history.

## COUNT II - NEGLIGENCE

22.     Plaintiff incorporates paragraphs 1 through 21 as if fully set forth herein.

23.     That at all times relevant hereto, Defendants were negligent in the following respects:

    a.     in failing to exercise due care to report reasonably and fairly concerning Plaintiff's credit history;

    b.     in failing to exercise due care to obtain complete and accurate information concerning Plaintiff's credit history;

    c.     in failing to exercise due care to revise and/or correct reports published concerning Plaintiff's credit history;

    d.     in failing to exercise due care to protect the rights and interests of Plaintiff; and

    e.     in failing to obey state and federal laws and statutes regarding the reporting of Plaintiff's credit history.

24.     That as a direct and proximate cause of Defendants' negligence, Plaintiff suffered injuries and damages.

WHEREFORE, Plaintiff Daniel S. Miller prays for judgment against the defendants in an amount to be determined, together with interest and costs, and for any other relief the Court deems just and proper.

HOLBROOK & BRACK

By:_____
    KURT S. BRACK #14797
7400 W. 110th Street, Suite 600
Overland Park, Kansas 66210
(913) 327-5275
Fax: (888) 685-2224
*Attorneys for Plaintiff*