IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
Kansas City Division

DANIEL S. MILLER,

    Plaintiff,

v.

EXPERIAN, EQUIFAX, and
TRANSUNION,

    Defendants.

Case No. 2:14-cv-02623-RDR-KGS

## STIPULATION OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC PURSUANT TO Fed.R.Civ.P. 41(a)(1)(A)(II)

All of the parties who have appeared, including Plaintiff Daniel Miller, stipulate to the Dismissal with Prejudice of all of the pending claims against Defendant Trans Union LLC.

There are no longer any issues in this matter between Daniel Miller and Trans Union LLC to be determined by this Court. The plaintiff and all of the parties hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

/s/ Kurt S. Brack
**KURT S. BRACK** #14797
kbrack@holbrookbrack.com
**HOLBROOK & BRACK**
7400 West 110th Street, Suite 600
Overland Park, KS 66210
(913) 327-5275
(888) 685-2224 Fax
*Counsel for Plaintiff*

1

Respectfully submitted,

/s/ Bryan E. Mouber
**BRYAN E. MOUBER** #19710
mouber@bscr-law.com
**JAMES S. KREAMER** #14374
kreamer@bscr-law.com
**BAKER, STERCHI, COWDEN & RICE LLC**
2400 Pershing Road, Suite 500
Kansas City, MO 64108
(816) 471-2121
(816) 472-0288 Fax
***Counsel for Trans Union LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kurt S. Brack
kbrack@holbrookbrack.com
Holbrook & Brack
7400 West 110th Street, Suite 600
Overland Park, KS 66210
(913) 327-5275
(888) 685-2224 Fax
*Counsel for Plaintiff*

Guillermo Gabriel Zorogastua
gzorogastua@polsinelli.com
Polsinelli PC
900 W 48th Place, Suite 900
Kansas City, MO 64112
(816) 753-1000
(816) 753-1536 Fax
*Counsel for Equifax*

Andrea S. McMurtry
amcmurtry@hab-law.com
Danne W. Webb
dwebb@hab-law.com
Horn, Aylward & Bandy LLC
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
(816) 595-0700
(816) 421-0899 Fax
*Counsel for Experian*

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Participants in the manner indicated: None

/s/ Bryan E. Mouber
**BRYAN E. MOUBER**

6733897.1/SP/83057/1780/083115