**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| DANIEL S. MILLER, )<br> )<br>   Plaintiff, )<br> )<br>   v. )<br> )<br>EXPERIAN; EQUIFAX; and )<br>TRANSUNION, )<br> )<br>   Defendants. )<br> )<br> ) | CASE NO. 2:14-cv-02623 |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

COME NOW Plaintiff Daniel S. Miller, by and through counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate that Plaintiff's claims as they pertain to Experian in the above-captioned action be and hereby are dismissed with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

Dated:  September 10, 2015                             Respectfully submitted,

                                                        */s/ Kurt S. Brack*_____
                                                        Kurt S. Brack (Kansas Bar #14797)
    7400 West 110th Street, Suite 600
    Overland Park, KS  66210
    Telephone:(913) 327-5275
    Facsimile:  (888) 685-2224
    Email:  kbrack@mdpservicesllc.com

*Counsel for Plaintiff*

Dated:  September 10, 2015                             Respectfully submitted,

*/s/ Danne W. Webb*____
Danne W. Webb (Kansas Bar #22312)
HORN AYLWARD & BANDY, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, MO  64108
Telephone:(816) 421-0700
Facsimile:  (816) 421-0899
Email:  dwebb@hab-law.com

Mary M. Dyczek (admitted *pro hac vice*)
JONES DAY
901 Lakeside Avenue
Cleveland, OH   44114
Telephone:(216) 586-3939
Facsimile:  (216) 579-0212
Email:  mdyczek@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

Service of the foregoing was effected via electronic transmission through the District Court's ECF filing system this 10th day of September, 2015 to all counsel of record.