## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| DANIEL S. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-cv-02623 |
| | ) | |
| EXPERIAN; EQUIFAX; and | ) | |
| TRANSUNION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

COME NOW Plaintiff Daniel S. Miller, by and through counsel, and Defendant Equifax Information Services, LLC ("Equifax"), by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate that Plaintiff's claims as they pertain to Equifax in the above-captioned action be and hereby are dismissed with prejudice.  Each party shall bear its own costs, expenses and attorneys' fees.

Dated: November 1, 2015                     Respectfully submitted,

                                            */s/ Kurt S. Brack*_____
                                            Kurt S. Brack (Kansas Bar #14797)
                                            7400 West 100th Street, Suite 600
                                            Overland Park, KS  66210
                                            Telephone:(913) 327-5275
                                            Facsimile:  (888) 685-2224
                                            Email:  kbrack@mdpservicesllc.com

                                            *Counsel for Plaintiff*

Dated: November 1, 2015                     Respectfully submitted,

                                            */s/ Gabe Zorogastua*_____
                                            Gabe Zorogastua
                                            POLSINELLI PC
                                            700 W. 47th Street, Suite 1000
                                            Kansas City, MO  64112-1805
                                            Telephone:(816) 753-1000
                                            Facsimile:  (816) 753-1536

                                            Kendall W. Carter (admitted *pro hac
                                            vice*)
                                            King & Spalding LLP
                                            1180 Peachtree Street
                                            Atlanta, GA  30309
                                            Telephone:(404) 572-2495
                                            Facsimile:  (404) 572-5138

                                            *Counsel for Defendant
                                            Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

Service of the foregoing was effected via electronic transmission through the District Court's ECF filing system this 9th day of September, 2015 to all counsel of record.